

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00135-CV

**IN THE INTEREST OF B.J.A.**, et al., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2398-CV
Honorable Karin Bonicoro, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED October 9, 2013.

_____
Catherine Stone, Chief Justice